**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAUL ALEXANDER HERNANDEZ-ALVARADO,<br>Petitioner,<br>v.<br>ACTING OR CURRENT FACILITY ADMINISTRATION GEO GROUP INC., ADELANTO ICE PROCESSING CENTER, ET AL.,<br>Respondents. | Case No. 5:26-cv-02938-KK-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Report and Recommendation of the United States Magistrate Judge, and all the records and files herein. The deadline to file objections has passed and no objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that the Petition is GRANTED. Respondents shall immediately release Petitioner Saul Alexander Hernandez-Alvarado (A# 201-524-125) ("Petitioner") from custody on reasonable conditions such as electronic

monitoring and return any confiscated property and documents to Petitioner upon release. Respondents shall file a notice of compliance within **three days of the entry of Judgment.**

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner at the current address of record, as well as all Respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: November 10, 2026

HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE