**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SAUL ALEXANDER HERNANDEZ-ALVARADO,

Petitioner,

v.

ACTING OR CURRENT FACILITY ADMINISTRATION GEO GROUP INC., ADELANTO ICE PROCESSING CENTER, ET AL.,

Respondents.

Case No. 5:26-cv-02938-KK-AJR

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is GRANTED. Respondents shall immediately release Petitioner Saul Alexander Hernandez-Alvarado (A# 201-524-125) ("Petitioner") from custody on reasonable conditions such as electronic monitoring and return any confiscated property and documents to Petitioner upon

release. Respondents shall file a notice of compliance within **three days.**

DATED: November 10, 2026

HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE